JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA  94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
E-Mail:    John.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, Suite 3
Oakland, CA  94609
Telephone and Facsimile:  (510) 420-0324
E-Mail:  glibet@sbcglobal.net

Attorneys for Plaintiff ORIN BENTLEY

ROBERT A. BONTA, Esq./ State Bar # 202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Telephone: (415) 554-4268
Facsimile: (415) 554-3837
E-Mail:    Robert.bonta@sfgov.org

Attorneys for Defendants CITY & COUNTY OF SAN FRANCISCO, AND FORMER SAN FRANCISCO POLICE CHIEF HEATHER FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIN BENTLEY,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; and, DOES 1-25, inclusive, individually, and in their capacity as police officers for CITY AND COUNTY OF SAN FRANCISCO,<br><br>                    Defendants.                   / | Action No.  C-10-01785-JL<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE; AND  FOR RE-SCHEDULING OF CASE MANAGEMENT CONFERENCE** |

-1-
STIPULATION AND PROPOSER ORDER FOR EXTENSION OF TIME
C-10-01875 JL

**STIPULATION**

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. The parties have not yet served written discovery on each other, which will, of course, not be responded to until at least 33 days after service. Also, counsel have not yet conducted any depositions in this case;

2. The parties cannot conduct a meaningful Settlement Conference until preliminary written discovery and depositions have been completed; and,

3. Therefore, the parties request that this Court extend the time for completion of Settlement Conference from the scheduled date for completion, <u>11-17-10</u>, to a date sixty (60) to ninety (90) days from that date; and that the date for Case Management Conference currently set for <u>12-8-10 at 10:30 a.m.</u>, be re-scheduled to a date following the Settlement Conference.

            Respectfully submitted,

            LAW OFFICES OF GAYLA B. LIBET

Dated:  November 30, 2010  By: /s/
            GAYLA B. LIBET, Esq.
            Attorneys for Plaintiff

            LAW OFFICES OF JOHN L. BURRIS

Dated:  November 30, 2010  By: /s/
            JOHN L. BURRIS, Esq.
            Attorneys for Plaintiff

            CITY & COUNTY OF SAN FRANCISCO
            ATTORNEY'S OFFICE

Dated:  November 30, 2010  By: /s/
            ROBERT A. BONTA, Esq.
            Attorneys for Defendants

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature, indicated as "/s/" within this E-filed document.

Dated:   November 30, 2010              By: /s/
                                            GAYLA B. LIBET, Esq.


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Further Case Management Conference is set for April 6, 2011 at 10:30 a.m.

Dated:  December 2, 2010                _____
                                        HONORABLE JAMES LARSON
                                        United States District Court Magistrate Judge