| | |
|---|---|
| 1 | JOHN L. BURRIS, Esq./ State Bar # 69888 |
| | LAW OFFICES OF JOHN L. BURRIS |
| 2 | 7677 Oakport Street, Suite 1120 |
| | Oakland, CA  94621 |
| 3 | Telephone:  (510) 839-5200 |
| | Facsimile:  (510) 839-3882 |
| 4 | E-Mail:     John.burris@johnburrislaw.com |
| 5 | GAYLA B. LIBET, Esq./ State Bar # 109173 |
| | LAW OFFICES OF GAYLA B. LIBET |
| 6 | 486  41st Street, Suite 3 |
| | Oakland, CA  94609 |
| 7 | Telephone and Facsimile:  (510) 420-0324 |
| | E-Mail:   glibet@sbcglobal.net |
| 8 | Attorneys for Plaintiff ORIN BENTLEY |
| 9 | ROBERT A. BONTA, Esq./ State Bar # 202668 |
| | Deputy City Attorney |
| 10 | Fox Plaza |
| | 1390 Market Street, Sixth Floor |
| 11 | San Francisco, CA 94102 |
| | Telephone: (415) 554-4268 |
| 12 | Facsimile:  (415) 554-3837 |
| | E-Mail:     Robert.bonta@sfgov.org |
| 13 | Attorneys for Defendants CITY & COUNTY OF SAN FRANCISCO, AND |
| | FORMER SAN FRANCISCO POLICE CHIEF HEATHER FONG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIN BENTLEY, | Action No.  C-10-01785-JL |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO,  a governmental entity; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; and, DOES 1-25, inclusive, individually, and in their capacity as police officers for CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants. | |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE**

C-10-cv-01785 JL

# STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. The parties have not yet served written discovery on each other, which will, of course, not be responded to until at least 33 days after service. Also, counsel have not yet conducted any depositions in this case;

2. The parties cannot conduct a meaningful Settlement Conference until preliminary written discovery and depositions have been completed; and,

3. Therefore, the parties request that this Court extend the time for completion of Settlement Conference from the scheduled date for completion, 02/15/2011, to a date sixty (60) to ninety (90) days from that date; and

4. The parties have been in contact with Magistrate Judge Donna M. Ryu's, Courtroom Deputy Ivy Garcia, regarding the parties' availability for a settlement conference. The parties have tentatively agreed to the date of March 29, 2011 for a settlement conference in this matter. However, should the parties find it necessary to continue that date, the parties are requesting a sixty (60) to ninety (90) day extension period of the current date by which the parties are to conduct the settlement conference.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: February 10, 2011          By:    /s/ Gayla B. Libet                    
                                         GAYLA B. LIBET, Esq.
                                         Attorneys for Plaintiff

---

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE**

C-10-cv-01785 JL

LAW OFFICES OF JOHN L. BURRIS

Dated: February 10, 2011        By: /s/ John L.Burris
                                    JOHN L. BURRIS, Esq.
                                    Attorneys for Plaintiff


CITY & COUNTY OF SAN FRANCISCO
ATTORNEY'S OFFICE

Dated: February 10, 2011        By: /s/    Robert A. Bonta
                                    ROBERT A. BONTA, Esq.
                                    Attorneys for Defendants

### ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature, indicated as "/s/ " within this E-filed document.

Dated: February 10, 2011        By: /s/ Gayla B. Libet
                                    GAYLA B. LIBET, Esq.

---

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE**

C-10-cv-01785 JL

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 18, 2011

_____
HONORABLE JAMES LARSON
United States District Court Magistrate Judge

---

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE**
C-10-cv-01785 JL