```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
 3  MARGARET W. BAUMGARTNER, State Bar #151762
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, Sixth Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3859
 6  Facsimile:    (415) 554-3837
    E-Mail:       margaret.baumgartner@sfgov.org
 7
 8  Attorneys for Defendants
    CITY & COUNTY OF SAN FRANCISCO,
 9  CHIEF HEATHER FONG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORIN BENTLEY, | Case No. 10-CV-1785 JL |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE DATE** |
| vs. | |
| CITY & COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-25, inclusive, individually, and in their capacity as police officers for CITY AND COUNTY OF SAN FRANCISCO, | Trial Date:   Not Set |
| Defendants. | |

1  The parties hereby stipulate that the settlement conference in this matter be continued from
2  March 29, 2011 to May 24, 2011.  It will take place before Judge Ryu in Oakland at 11:00 a.m.
3  Dated:  March 29, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney


By:_____//s//_____
MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHIEF HEATHER FONG


_____//s//_____
GAYLA B. LIBET, ESQ.

LAW OFFICES OF GAYLA B. LIBET


Pursuant to this stipulation and good cause appearing, the Court orders that the settlement conference be continued from March 29, 2011 to May 24, 2011 at 11:00 a.m..

IT IS SO ORDERED.

GRANTED
Judge Donna M. Ryu

Dated: 4/1/2011

_____
HON. DONNA RYU
UNITED STATES MAGISTRATE JUDGE