DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO,
CHIEF HEATHER FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIN BENTLEY,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-25, inclusive, individually, and in their capacity as police officers for CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　Defendants. | Case No. 10-CV-1785 JSC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUTOFF AND EXPERT DISCLOSURE DATES**<br><br>Trial Date:　　　　Not Set |

　　　　The parties are continuing to discuss a possible resolution of this matter.  Plaintiff's counsel has stated if the parties cannot satisfactorily resolve the matter, that Plaintiff's counsel intends to file a motion to withdraw.  The parties believe that being required to meet the discovery and expert deadlines may interfere with the resolution of this matter.

1   The initial trial date of February 15, 2012 was vacated by the court upon transfer of the matter
2   to Judge Corley.  However, the court left on calendar the discovery cut off and expert witness
3   disclosure dates.
4   The parties therefore agree that discovery cut off shall be continued to October 14, 2011, and
5   that the date for expert disclosures shall be continued to the same date.  The date to complete expert
6   discovery shall be November 18, 2011.
7   Dated:  July 5, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney


By:_____//s//_____
       MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHIEF HEATHER FONG


         //s//
GAYLA B. LIBET, ESQ.

LAW OFFICES OF GAYLA B. LIBET


Pursuant to this stipulation and good cause appearing, the Court orders that discovery cut off
shall be continued to October 14, 2011, and that the date for expert disclosures shall be continued to
the same date.  The date to complete expert discovery shall be November 18, 2011.

IT IS SO ORDERED.


Dated:  __July 7, 2011__                    ___Jacqueline S. Corley_____
                                            HON. JACQUELINE SCOTT CORLEY
                                            UNITED STATES MAGISTRATE JUDGE