JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324

Attorneys for Plaintiff, ORIN BENTLEY

DENNIS J. HERRERA/ State Bar # 139669
City Attorney
JOANNE HOEPER/ State Bar # 114961
Chief Trial Deputy
MARGARET M. BAUMGARTNER/ State Bar # 151762
Deputy City Attorney
Office of San Francisco City Attorney
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-3859
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
HEATHER FONG; and LARRY BERTRAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORIN BENTLEY,

              Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO,
a municipal corporation; HEATHER FONG,
in her capacity as Chief of Police for CITY AND
COUNTY OF SAN FRANCISCO; LARRY BERTRAND,
individually, and in his capacity as a police officer for
CITY AND COUNTY OF SAN FRANCISCO;
and, DOES 1-25, inclusive,

_____ Defendants. _____/

Action No. C-10-01785-JSC

**STIPULATION AND PROPOSED ORDER
FOR DISMISSAL OF ACTION**

**STIPULATION**

All parties hereby stipulate and agree, by and through their respective counsel, and by plaintiff, as follows:

1. That plaintiff dismiss this action with prejudice.

Dated:___7-28-11_____     By:__/s/_____ _ORIN BENTLEY_, Plaintiff_____
                                   ORIN BENTLEY, Plaintiff


LAW OFFICES OF GAYLA B. LIBET


Dated:___7-28-11_____     By:__/s/_____ _Gayla B. Libet, Esq._____
                                   GAYLA B. LIBET, Esq.
                                   Attorneys for Plaintiff


LAW OFFICES OF JOHN L. BURRIS


Dated:___7-28-11_____     By:__/s/_____ _John L. Burris, Esq._____
                                   JOHN L. BURRIS, Esq.
                                   Attorneys for Plaintiff


OFFICE OF SAN FRANCISCO CITY ATTORNEY


Dated:___7-28-11_____     By:__/s/__ _Margaret M. Baumgartner, Esq._____
                                   MARGARET M. BAUMGARTNER, Esq.
                                   Attorneys for Defendants

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature, indicated as "/s/ " within this E-filed document.

Dated: 7-28-11 _____   By: _____
GAYLA B. LIBET, Esq.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 28, 2011 _____   _____
HONORABLE JACQUELINE SCOTT CORLEY
United States District Court Magistrate Judge